FILED: October 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2087
(1:15-cv-00123-GBL-IDD)
(13-13389-BFK)
(14-01017-BFK)

_____

In re: MARC R. LABGOLD

      Debtor

-------------------------------

MARC R. LABGOLD

      Plaintiff - Appellant

v.

JUDY A. ROBBINS, Office of the U.S. Trustee - Region 4

      Defendant - Appellee

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 11/06/2015

Opening brief due: 11/06/2015

Response brief due: 12/10/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk