FILED: November 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2087
(1:15-cv-00123-GBL-IDD)
(13-13389-BFK)
(14-01017-BFK)

_____

In re: MARC R. LABGOLD,

    Debtor,

-------------------------------

MARC R. LABGOLD,

    Plaintiff - Appellant,

  v.

JUDY A. ROBBINS, Office of the U.S. Trustee - Region 4,

    Defendant - Appellee.

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to supplement the record, the court denies the motion without prejudice to the filing of a motion to

supplement the record in the district court pursuant to Federal Rule of Appellate Procedure 10(e) and Local Rule 10(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk